UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTOPHER JAY TAYLOR,**

    **Plaintiff(s),**

v.                                                   CASE NO:  8:05-CV-233-T-30TGW

**U. S. PROBATION OFFICE MIDDLE DISTRICT OF FLORIDA, et al.,**

    **Defendant(s).**
_____/

### ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #5) entered on June 15, 2005.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1)     This cause is dismissed without prejudice.

2)     All pending motions are denied as moot.

3)     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 1, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

F:\Docs\2005\05-cv-233.dismissal.wpd